UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| STEVEN G. REHART,<br>Institutional ID No. 02436385<br><br>Plaintiff,<br><br>v.<br><br>TOM GREEN COUNTY JAIL, *et al.*,<br><br>Defendants. | No. 6:22-CV-00071-H |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

In this civil-rights action, Plaintiff complains about the conditions of his pretrial detention in the Tom Green County Jail. Proceeding pro se and *in forma pauperis*, he claims that Defendants violated his constitutional rights in several instances and seeks relief under 42 U.S.C. § 1983. After screening Plaintiff's claims under 28 U.S.C. § 1915(e)(2)(B), the United States Magistrate Judge made findings, conclusions, and a recommendation for disposition of this case. Dkt. No. 62. Specifically, the Magistrate Judge recommends that the Court dismiss all of Plaintiff's claims because he fails to state a plausible claim for relief against any of the defendants. Plaintiff did not file any objections.

The District Court has conducted an independent review of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding no plain error, the Court accepts and adopts the findings, conclusions, and the recommendation of the Magistrate Judge. As a result, the Court dismisses Plaintiff's claims against Defendants with prejudice. All relief not expressly granted is denied.

The Court will enter judgment accordingly.

So ordered.

Dated March 17, 2025.

                                          JAMES WESLEY HENDRIX
                                        United States District Judge